**Roy LEE, Plaintiff-Appellant**

v.

**DALLAS POLICE DEPARTMENT, Defendant-Appellee**

No. 16-10433
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed December 21, 2016

Roy Lee, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Having carefully considered appellant's brief and the pertinent portions of the record, we find no error of law or reversible error of fact. We AFFIRM the judgment for essentially the same reasons stated by the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

